## AMOS STAYTON *vs.* ZADOC WILLEY.

A justice of the peace cannot grant a new trial in an action of trespass.

CERTIORARI.

Record.   " *Willey* vs. *Stayton.*   Summons issued 23d Oct. 1835, for $12, in an action of trespass, for damage done in carrying away corn out of lot of ground as per account filed ; returnable 30th October, instant, when the parties appeared and plaintiff asked a postponement, which was granted, and the case continued to 13th November next ; when the parties appeared again, the case was referred.   Referees report no cause of action.   Judgment.   December 25th 1835, the plaintiff appeared and craved a second trial by referees, which is granted.   Trial had and report and judgment for plaintiff for $8 25.

Exceptions :—1st. That the summons issued in an action of trespass without any written statement of the injury complained of.   2d. That the justice granted a new trial in an action of trespass, which by law he could not do.   (*Digest* 360, 326.)   3d. Because it does not appear that the referees were sworn, which has been decided to be a fatal error.   *Ray use of Moon* vs. *Hall,* 1 *Harr. Rep.* 106.

*The Court* directed a reversal, on the ground taken in the *second* exception, thereby deciding that a justice of the peace cannot grant a new trial in an action of trespass.

Judgment reversed.

*Cullen* for plaintiff in error.